| | | | |
|---|---|---|---|
| Smith v. State | 69 N.E.3d 950 | 03/23/2017 | Transfer denied. All Justices concur. |
| Coyle v. State | 69 N.E.3d 958 | 03/23/2017 | Transfer denied. All Justices concur. |
| Vest v. State | 76 N.E.3d 202 | 03/30/2017 | Transfer denied. All Justices concur. |
| Sparks v. State | 79 N.E.3d 1007 | 03/30/2017 | Transfer denied. All Justices concur. |
| Ericksen v. State | 68 N.E.3d 597 | 03/30/2017 | Transfer denied. All Justices concur. |
| Eldridge v. State | 79 N.E.3d 1013 | 03/30/2017 | Transfer denied. All Justices concur. |
| Dowell v. State | 69 N.E.3d 958 | 03/30/2017 | Transfer denied. All Justices concur. |
| Davis v. State | 77 N.E.3d 266 | 03/30/2017 | Transfer denied. All Justices concur. |
| Crume v. State | 68 N.E.3d 1132 | 03/30/2017 | Transfer denied. All Justices concur. |
| Chaney v. State | 69 N.E.3d 955 | 03/30/2017 | Transfer denied. All Justices concur. |
| R.T. v. Indiana Department of Child Services | 69 N.E.3d 958 | 03/30/2017 | Transfer denied. All Justices concur. |
| D.C. v. Indiana Department of Child Services | 85A02–1602–JT–252 | 03/30/2017 | Transfer denied. All Justices concur. |
| M.K. v. Indiana Department of Child Services | 69 N.E.3d 953 | 03/30/2017 | Transfer denied. All Justices concur. |
| S.M. v. Indiana Department of Child Services | 69 N.E.3d 953 | 03/30/2017 | Transfer denied. All Justices concur. |
| Alvies v. State | 65 N.E.3d 649 | 03/30/2017 | Transfer denied. All Justices concur. |
| Unsupervised Estate: Overman v. Overman | 66 N.E.3d 1009 | 03/30/2017 | Transfer denied. All Justices concur. |
| Bradford v. State | 64 N.E.3d 1264 | 03/30/2017 | Transfer denied. All Justices concur. |
| Smith v. Parkinson | 66 N.E.3d 623 | 03/30/2017 | Transfer denied. All Justices concur. |
| Castillo v. State | 67 N.E.3d 661 | 03/30/2017 | Transfer denied. All Justices concur. |
| M.V. v. State | 66 N.E.3d 960 | 03/30/2017 | Transfer denied. All Justices concur. |